UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HERBERT J. BANKEY,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | No.  CV-08-140-JPH<br><br>ORDER GRANTING STIPULATION TO REMAND |

The parties have filed a stipulation for remand of this case to the Commissioner for further administrative proceedings. (**Ct. Rec. 14**). The parties have filed a consent to proceed before a magistrate judge. (Ct. Rec. 4).

After considering the stipulation, **IT IS ORDERED** that the above-captioned case be remanded for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will: (1) further develop the record with respect to plsintiff's mental impairments by obtaining an updated psychiatric examination with psychological testing; (2) further evaluate the medical source opinions and indicate the weight given to the opinions or provide legally sufficient reasons for

ORDER GRANTING STIPULATION TO REMAND - 1

rejection; (3) review the medical records of Robert Baxley, M.D.; (4) redetermine the materiality of plaintiff's DAA, in accordance with 20 C.F.R. §§ 404.1535 and 1520a; (5) obtain vocational expert testimony to aid in determining what jobs may exist given plaintiff's age, education, vocational factors, and residual functional capacity; and (6) take any other actions necessary to develop the record.

Accordingly, this court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1. The parties' Stipulation for Remand (**Ct. Rec. 14**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and **close** this file.

**IT IS SO ORDERED.**

**DATED** this 27th day of October, 2008.

                                        *s/James P. Hutton*
                                        JAMES P. HUTTON
                             UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATION TO REMAND - 2