**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

HERBERT J. BANKEY,           )
                             )
        Plaintiff,           )
                             )        NO.  CV-08-140-JPH
    vs.                      )
                             )        **JUDGMENT IN A**
MICHAEL J. ASTRUE,           )        **CIVIL CASE**
Commissioner of Social Security, )
                             )
        Defendant.           )
                             )
_____)

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 27th day of October, 2008.

                                JAMES R. LARSEN
                                District Court Executive/Clerk


                                by:  _s/Pamela A. Howard_____
                                         Deputy Clerk

cc: all counsel